IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SONJA FLOYD KEITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Act. No.: 1:22CV418-ECM |
| ) | (wo) |
| DOTHAN POLICE DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This cause is before the Court on a motion to dismiss for failure to state a claim, filed by the Dothan Police Department, the City of Dothan, Mark Saliba, and William Benny on September 20, 2022 (doc. 21), and a motion for entry of default judgment as to the Dothan City Police Department, City of Dothan, Mark Saliba, Steve Parrish, William Benny, Robert Chavis, James McCree, Officer Jones, Mark Agrello, filed by the Plaintiff on March 2, 2023 (doc. 33).

Although a briefing order was entered as to the motion to dismiss, the Plaintiff did not respond to the motion on the day ordered by the court. (Doc. 24).

With regard to the motion for entry of default judgment, a request for entry of default is not appropriate as to the Defendants who have moved to dismiss. *See* FED. R. CIV. P. 55. As to the remaining defendants, a motion for default judgment is not the appropriate first step under the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 55 (a).

Accordingly, it is hereby ORDERED as follows:

1. The Plaintiff has until **April 28, 2023** to show cause why the motion to dismiss (doc. 21) ought not be granted for the Plaintiff's failure to respond to the motion in the time given by the court.

2. The motion for entry of default judgment (doc. 33) is DENIED.

Done this 6th day of April, 2023.

                                        /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE