IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SONJA FLOYD KEITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Act. No.: 1:22CV418-ECM |
| | ) (wo) |
| MARC AGRELLA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the Court on a motion to dismiss for failure to state a claim, filed by the Dothan Police Department, the City of Dothan, Mark Saliba, and William Benny on September 20, 2022. (Doc. 21). With leave of the Court, the Plaintiff has filed an amended complaint. (Doc. 39).

Accordingly, it is hereby ORDERED that the motion to dismiss (doc. 21) is DENIED as moot.

Done this 15th day of May, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE